**MERIDIAN ENTERPRISES CORPORATION, Plaintiff–Appellee,**

v.

**CARLSON MARKETING GROUP, INC., Defendant–Appellant.**

No. 04–1401, 04–1554.

United States Court of Appeals, Federal Circuit.

May 4, 2005.

*ORDER*

This Court, having considered the above-named parties' Joint Oral Motion for Unconditional Remand, hereby GRANTS said motion, and the above-captioned case is remanded to the lower court in view of

the parties' executed settlement agreement, and the appeal is dismissed as moot.

Each party shall bear its own costs.